IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YETI COOLERS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:16-CV-264-RP |
| RTIC COOLERS, LLC, et al., | § § § | |
| Defendants. | § § | |

## ORDER

On February 2, 2017, the parties in the above-entitled matter informed the Court that they have reached a settlement. Accordingly,

**IT IS ORDERED** that the parties shall file a joint stipulation of dismissal on or before March 15, 2017.

**IT IS FURTHER ORDERED** that any pending motions, settings, and deadlines in this case are abated pending further order from this Court.

**SIGNED** on February 3, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE